**No. 41705.**—Protests 195231–G, etc., of G. & S. Embroidery Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) articles embroidered and trimmed with lace and Normandy laces like those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 41706.**—Petition 5812–R of Kaufman Co. (New York).

Opinion by TILSON, J.   It appeared that the undervaluation was occasioned by reason of a deduction of 2 percent discount a second time.   The record establishing the good faith of the importer the petition was granted.

**No. 41707.**—Protest 582676–G of P. C. Kuyper & Co. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of pile fabrics similar to those the subject of *United States* v. *Gavin* (23 C. C. P. A. 288, T. D. 48164).   The claim as plushes at 50 percent under paragraph 909 was therefore sustained.

**No. 41708.**—Protests 718203–G, etc., of Artmart Linen Co., Inc., et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41709.**—Protests 948395–G, etc., of Dan Cooper, Inc., et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 41710.**—Protest 760424–G of Abercrombie & Fitch Co. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of bottles in chief value of metal, plated with silver.   The claim as hollow ware at 50 percent under paragraph 339 was therefore sustained.   *Viking* v. *United States* (C. D. 132) cited.